UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
VICENTE LEAL,
                               Plaintiff,

                        24 Civ. 3766 (LGS)

-against-

                        ORDER

NYC TROPICAL HOUSE INC. and MANNY CONCEPCION,
                               Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on September 10, 2024, the Court was informed that the parties have reached a settlement agreement in principle. It is hereby

      **ORDERED** that, by **October 1, 2024**, the parties shall submit: (*i*) the settlement agreement to the Court; and (*ii*) a joint letter with supporting evidence addressing the findings this Court must make in order to approve the settlement as fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc*., 796 F.3d 199, 206 (2d Cir. 2015*), cert. denied*, 136 S. Ct. 824 (2016); *Wolinsky v. Scholastic Inc*., 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012) (outlining factors district courts have used to determine whether a proposed settlement is fair and reasonable). It is further

      **ORDERED** that all conferences and trial are **CANCELED**.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 14.

Dated: September 11, 2024
       New York, New York

                                                           LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE