UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
 :
VICENTE LEAL, :
 :
                     Plaintiff, :
 : 24 Civ. 3766 (LGS)
-against- :
 : ORDER
NYC TROPICAL HOUSE INC. and MANNY :
CONCEPCION, :
                     Defendants. :
------------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on October 1, 2024, the parties moved for approval of a proposed settlement. It is hereby

    **ORDERED** that the settlement agreement is **APPROVED** as fair and reasonable based on the nature and scope of Plaintiff's claims and the risks and expenses involved in additional litigation. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206–07 (2d Cir. 2015); *Fisher v. SD Protection, Inc.*, 948 F.3d 593, 600 (2d Cir. 2020) (outlining the factors that district courts have used to determine whether a proposed settlement and award of attorneys' fees is fair and reasonable). It is further

    **ORDERED** that this action is dismissed in its entirety and with no award of attorneys' fees or costs, beyond the amounts provided for in the parties' settlement. The action is dismissed with prejudice. Any pending motions are **DISMISSED** as moot, and all conferences and deadlines are **CANCELED**.

    The Clerk of Court is respectfully directed to close the motion at Dkt. No. 16.

Dated: October 4, 2024
       New York, New York

                                        LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE